CHARLES H. E. VAN DYKE, Appellant, *v.* LOUIS COHEN, Respondent, et al., Defendants.

Argued November 15, 1944; decided December 30, 1944.

*Louis H. O. Fischman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.